

**NUMBER 13-08-00531-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**JOSE R. CARRERAS, M. D.,**                                                                      **Appellant,**

**v.**

**JOSE VILLARREAL AND SONIA VILLARREAL,**                           **Appellees.**

---

**On appeal from the 206th District Court
of Hidalgo County, Texas.**

---

## MEMORANDUM OPINION

**Before Justices Yañez, Garza, and Vela
Memorandum Opinion Per Curiam**

Appellant perfected an appeal from a judgment entered by the 206th District Court of Hidalgo County, Texas, in cause number C-2374-07-D. Appellant has filed an unopposed motion to dismiss the appeal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this the 15th day of January, 2009.

2